1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ROBERT A. WEAN,

Plaintiff,

vs.

US BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE
RMAC TRUST, SERIES 2016-CTT,
RUSHMORE LOAN MANAGEMENT
SERVICES, LLC, MTC FINANCIAL, INC.,
dba TRUSTEE CORPS,

Defendants.

No.: 2:19-cv-01630

NOTICE OF APPEARANCE

19

**YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE** that Michael S. DeLeo

20

of Peterson Russell Kelly PLLC hereby appears for Defendant MTC Financial Inc., d/b/a Trustee

21

Corps in the above-entitled action without waiving the questions of:

22

     1.  Lack of jurisdiction over the subject matter;

23

     2.  Lack of jurisdiction over the person;

24

     3.  Improper venue;

25

     4.  Insufficiency of process;

26

     5.  Insufficiency of service of process;

27

     6.  Failure to state a claim upon which relief may be granted; and

NOTICE OF APPEARANCE - 1
CASE NO.: 2:19-CV-01630

**PETERSON RUSSELL KELLY PLLC**
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
TELEPHONE **(425) 462-4700** FAX **(425) 451-0714**

107977 100 jj114f0229

1   7.   Failure to join a party under Rule 19.

2   **YOU ARE HEREBY FURTHER NOTIFIED** that all further papers and pleadings

3   herein, except original process, shall be served upon the undersigned attorneys at the address

4   stated below.

5   DATED: October 11, 2019.

6   PETERSON RUSSELL KELLY, PLLC

7   By: *s/ Michael S. DeLeo*
    Michael S. DeLeo, WSBA # 22037

8   10900 NE 4th Street, Suite 1850
    Bellevue, WA  98004

9   Telephone: (425) 462-4700
    E-Mail: mdeleo@prklaw.com

10  Attorneys for Defendant MTC Financial Inc.,
    d/b/a Trustee Corps

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2
CASE NO.: 2:19-CV-01630

**PETERSON RUSSELL KELLY PLLC**
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
TELEPHONE **(425) 462-4700** FAX **(425) 451-0714**

107977 100 jj114f0229

## **CERTIFICATE OF SERVICE**

1

2        I certify that I caused to be served in the manner noted below a copy of the foregoing
pleading on the following individual(s):

3

4   Christina L. Henry                              [ ]   Via Facsimile
    Henry & DeGraaff, P.S.                          [ ]   Via First Class Mail
5   787 Maynard Ave S                               [ ]   Via Messenger
    Seattle, Washington  98104                      [ ]   Via Email
6   E-Mail: chenry@HDM-legal.com;                   [X]   Via CM/ECF Electronic Notice
    mainline@hdm-legal.com

7

8        DATED:   October 11, 2019, at Bellevue, Washington.

9                                         *s/ Rachel White*
                                          Rachel White, Paralegal
10                                        Peterson Russell Kelly, PLLC
                                          10900 NE 4th Street, Suite 1850
11                                        Bellevue, WA  98004
                                          Telephone: (425) 462-4700
12                                        E-Mail: rwhite@prklaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 3                         **PETERSON RUSSELL KELLY PLLC**
CASE NO.: 2:19-CV-01630                           **1850 Skyline Tower – 10900 NE Fourth Street**
                                                  **Bellevue, Washington 98004-8341**
                                                  **TELEPHONE (425) 462-4700  FAX (425) 451-0714**

107977 100 jj114f0229