UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ROBERT A. WEAN,

    Plaintiff,

vs.

US BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, RUSHMORE LOAN MANAGEMENT SERVICES, LLC, MTC FINANCIAL, INC., dba TRUSTEE CORPS,

    Defendants.

No.: 2:19-cv-01630-MJP

ORDER GRANTING NOMINAL DEFENDANT STATUS TO MTC FINANCIAL INC., D/B/A TRUSTEE CORPS

Based upon the stipulated motion by and between the parties to this action, through their attorneys of record, and the Court having reviewed the files and records herein, it is now, therefore:

ORDERED, ADJUDGED and DECREED: (1) that defendant MTC Financial Inc., d/b/a Trustee Corps shall not be required to participate any further in the above-entitled action absent further court order entered on notice to defendant MTC Financial Inc., d/b/a Trustee Corps, with an opportunity to respond as set forth in the applicable civil rules; (2) that defendant MTC Financial Inc., d/b/a Trustee Corps shall be dismissed from this action when the claims against

ORDER GRANTING NOMINAL DEFENDANT
STATUS . . . - 1
CASE NO.: 2:19-CV-01630-MJP

**PETERSON RUSSELL KELLY** PLLC
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
TELEPHONE **(425) 462-4700** FAX **(425) 451-0714**

107977 198 jj142d30g9.002

1  the remaining defendants have been adjudicated, dismissed, or resolved; (3) that defendant MTC

2  Financial Inc., d/b/a Trustee Corps shall be bound by any further Order or Judgment of this

3  Court regarding that ; and (4) no monetary recovery shall be had or enforced against defendant

4  MTC Financial Inc., d/b/a Trustee Corps.

6  Dated this 7th day of November, 2019

*[signature]*

Marsha J. Pechman
United States District Judge

Submitted by:

PETERSON RUSSELL KELLY, PLLC

By: */s/ Michael S. DeLeo*
   Michael S. DeLeo, WSBA # 22037
   Peterson Russell Kelly, PLLC
   10900 NE 4th Street, Suite 1850
   Bellevue, WA 98004
   Email: mdeleo@prklaw.com
   *Attorney for Defendant MTC Financial Inc., d/b/a Trustee Corps*

| And by: | And by: |
|---|---|
| HENRY & DEGRAAFF, P.S | PERKINS COIE LLP |
| By: */s/ Christina L. Henry* | By: */s/ Thomas Abbott* |
|   Christina L. Henry, WSBA # 31237 |   Thomas Abbott, WSBA # 53024 |
|   Jacob D. DeGraff, WSBA #36713 |   Kristine E. Kruger, WSBA # 44612 |
|   Henry & DeGraaff, P.S. |   Perkins Coie LLP |
|   787 Maynard Ave S |   1201 Third Avenue, Suite 4900 |
|   Seattle, WA 98104 |   Seattle, WA 98101 |
|   E-Mail: chenry@HDM-legal.com; |   Email: tabbott@ perkinscoie.com; |
|   mainline@hdm-legal.com |   kkruger@perkinscoie.com |
|   *Attorneys for Plaintiff* |   *Attorney for Defendants Rushmore Loan Management Services LLC and U.S. Bank National Association* |

ORDER GRANTING NOMINAL DEFENDANT
STATUS . . . - 2
CASE NO.: 2:19-CV-01630-MJP

**PETERSON RUSSELL KELLY PLLC**
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
TELEPHONE (425) 462-4700 FAX (425) 451-0714

107977 198 jj142d30g9.002

ORDER GRANTING NOMINAL DEFENDANT
STATUS . . . - 3
CASE NO.: 2:19-CV-01630-MJP

107977 198 jj142d30g9.002

PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700  FAX (425) 451-0714