# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT A WEAN,<br><br>    Plaintiff,<br><br> v.<br><br>US BANK NATIONAL ASSOCIATION et al.,<br><br>    Defendants. | CASE NO. C19-1630 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received the Letter from Plaintiff re Bankruptcy Filing (Dkt. No. 32), notifying the Court that Plaintiff Robert A. Wean filed a *pro se* bankruptcy on November 22, 2019 (Case No. 19-14269-TWD), and stating that "[a]t this time, all actions in this matter must [be] stayed pending further actions in the bankruptcy case . . . ." (Id.) Because an automatic stay generally does not prevent a debtor or trustee from continuing to prosecute a prepetition lawsuit, nor prevent a defendant from defending itself in such a lawsuit, Eisinger v. Way (In re Way), 229

B.R. 11, 13-14 (9th Cir. BAP 1998), the Court requests briefing on the issue of why the Plaintiff's case must be stayed here and whether the applicability of the stay to this matter is for this Court—as opposed to the bankruptcy court—to determine. All such briefing shall be submitted within 10 days of the date of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Filed December 19, 2019.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Rhonda Miller<br>
Deputy Clerk