The Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT A. WEAN,<br><br>Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, RUSHMORE LOAN MANAGEMENT SERVICES, LLC, MTC FINANCIAL, INC., dba TRUSTEE CORPS,<br><br>Defendants. | No.: 2:19-cv-01630-MJP<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEYS<br><br>NOTE ON MOTION CALENDAR<br><br>January 24, 2019 |

THIS MATTER having come before the above-entitled Court on the Motion for Withdrawal of Attorneys ("Motion") filed by counsel for Robert A. Wean, the Court having considered the Motion and accompanying Declaration of Christina L. Henry in Support of Motion for Withdrawal of Attorney; Responses, if any; and any reply papers;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Withdrawal of Attorney is GRANTED. Christina L. Henry of Henry & DeGraaff, PS, is hereby considered to have withdrawn from this matter as attorneys for Robert A. Wean.

MOTION FOR WITHDRAWAL OF ATTORNEYS - 1
CASE NO.: 2:19-CV-01630

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 330-0595
FAX (206) 400-7609

IT IS FURTHER ORDERED that the Plaintiff can be contacted directly at the following address 10052 NE 142nd Pl, Kirkland, WA 98034 for all future noticing. Her telephone contact is tel# (206) 271-8940.

DONE IN OPEN COURT this 31st day of January 2020.

*signature*

Marsha J. Pechman
United States District Judge

Presented By:

*s/ Christina L Henry*
Christina L. Henry, WSBA# 31273
787 Maynard Ave S
Seattle, Washington 98104
E-Mail: chenry@HDM-legal.com;
mainline@hdm-legal.com
*Attorneys for Plaintiff*

MOTION FOR WITHDRAWAL OF ATTORNEYS - 2
CASE NO.: 2:19-CV-01630

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 330-0595
FAX (206) 400-7609

# **CERTIFICATE OF SERVICE**

I certify that I caused to be served in the manner noted below a copy of the foregoing pleading on the following individual(s):

Kristine E Kruger   kkruger@perkinscoie.com, docketpor@perkinscoie.com, HW_Asbestos_Sea@perkinscoie.com, kristinekruger@gmail.com

Michael Steven DeLeo   mdeleo@prklaw.com, rwhite@prklaw.com

Nathan F. Smith   nathan@mclaw.org, cvalenzuela@mclaw.org

Thomas N Abbott   TAbbott@perkinscoie.com, docketsea@perkinscoie.com, MWalkup@perkinscoie.com

DATED January 9, 2020 at Bothell, Massachusetts.

*s/ Christina L Henry*
Christina L. Henry, WSBA# 31273

MOTION FOR WITHDRAWAL OF ATTORNEYS - 3
CASE NO.: 2:19-CV-01630

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 330-0595
FAX (206) 400-7609