```
 1
 2
 3
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
 9                        AT SEATTLE

10   ROBERT A WEAN,                    CASE NO. C19-1630 MJP

11                    Plaintiff,       ORDER GRANTING
                                       WITHDRAWAL OF ATTORNEYS
12         v.

13   US BANK NATIONAL
     ASSOCIATION at al.,
14
                      Defendants.
15

16

17

18      THIS MATTER having come before the above-entitled Court on the Motion for

19   Withdrawal of Attorneys ("Motion") filed by counsel for Robert A. Wean, the Court having

20   considered the Motion and accompanying Declaration of Jacob D. DeGraaff in Support of

21   Motion for Withdrawal of Attorney; Responses, if any; and any reply papers;

22      NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Withdrawal of

23   Attorney is GRANTED.  Jacob D. DeGraaff of Henry & DeGraaff, PS, is hereby considered to

24   have withdrawn from this matter as attorneys for Robert A. Wean.
```

IT IS FURTHER ORDERED that the Plaintiff can be contacted directly at the following address 10052 NE 142nd Pl, Kirkland, WA 98034 for all future noticing. His telephone contact is tel# (206) 271-8940.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 31, 2020.

Marsha J. Pechman
United States District Judge